Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Brandon L. Reeves - 242897
ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendants EMPIRE COLLECTION AUTHORITIES, INC.; ALONZO G. COLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SORPHORN EAR,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE COLLECTION AUTHORITIES, INC., a Washington corporation; and ALONZO G. COLE, individually and in his official capacity,<br><br>Defendants. | Case No.: CV-12-01695-DMR<br><br>**DEFENDANTS EMPIRE COLLECTION AUTHORITIES, INC. AND ALONZO G. COLE'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |

Defendants EMPIRE COLLECTION AUTHORITIES, INC. and ALONZO G. COLE hereby respond to the Complaint ("complaint") of Plaintiff SORPHORN EAR, as follows:

1. As to Paragraphs 1, 4, 19, 21-23, 28 (including all sub-paragraphs), 29-32, 37 (including all sub-paragraphs), 38-44, and 50-54, Defendants deny these allegations.

2. As to Paragraph 2, this paragraph contains a recitation of statutory language and does not contain allegations against Defendants which need to be admitted or denied.

3. As to Paragraph 3, Defendants admit this Court has federal question jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331, but deny this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Defendants deny declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and/or 2202.

4. As to Paragraphs 5 and 6, Defendants lack sufficient information or belief to admit or deny these allegations and on that basis deny them and reserve their right to challenge venue.

5. As to Paragraphs 7, 10-12, 24-27, 33-36, and 45-49, Defendants lack sufficient information or belief to admit or deny these allegations and on that basis deny them.

6. As to Paragraph 8, Defendants admit the address and agent for service of process information stated in this paragraph is correct, but deny all remaining allegations in this paragraph.

7. As to Paragraph 9, Defendants admit Alonzo G. Cole is employed by Empire Collection Authorities, Inc., but deny all remaining allegations in this paragraph.

8. As to Paragraph 13, Defendants admit Empire Collection Authorities, Inc. sent the collection letter attached to the complaint as Exhibit 1, but deny all remaining allegations in this paragraph.

9. As to Paragraphs 14-18, Defendants admit these allegations.

10. As to Paragraph 20, Defendants admit the letter attached to the complaint as Exhibit 1 does not include the notice required by Cal. Civ. Code § 1812.700(a), but deny that any violation occurred with respect to the omission of the notice as the notice was not required, or the omission was cured in a timely manner pursuant to Cal. Civ. Code § 1788.30(d).

11. As to Paragraphs A-K on page 11 of the complaint, Defendants deny plaintiff is entitled to any of the relief requested in these paragraphs.

12. Pursuant to Federal Rule of Civil Procedure 8(c), Defendant sets forth the following matters constituting an avoidance or affirmative defense:

## FIRST AFFIRMATIVE DEFENSE

13. Defendant alleges that the Complaint, and each claim or cause of action therein, is barred by the applicable statute of limitations, including the limitations periods set forth in 15 U.S.C. § 1692k(d) and Cal. Civ. Code § 1788.30(f) to the extent that plaintiff contends, alleges, or avers in her Complaint or elsewhere in this action that Defendants committed any acts and/or omissions in violation of the FDCPA or Rosenthal FDCPA which acts and/or omissions are alleged to have occurred more than one year prior to the filing of this action.

//

**SECOND AFFIRMATIVE DEFENSE**

14. Defendants allege they have no civil liability under the FDCPA, 15 U.S.C. §§ 1692, *et seq.*, or Rosenthal FDCPA, Cal. Civil Code §§ 1788, *et seq.*, pursuant to 15 U.S.C. § 1692k(c) and Cal. Civil Code § 1788.30(e) as any violation was unintentional and resulted from the maintenance of procedures reasonably adopted to avoid any such violation.

**THIRD AFFIRMATIVE DEFENSE**

15. Defendants allege Plaintiff's Complaint (and the claims or causes of action alleged therein) are barred because Defendants' actions were taken in reasonable reliance upon information provided by their client(s) pursuant to *Clark v. Capital Credit & Collection Services, Inc.*, 460 F.3d 1162, 1174 (9th Cir. 2006); *Ducrest v. Alco Collections, Inc.*, 931 F.Supp. 459, 462 (M.D. La. 1999); and *Hulse v. Ocwin*, 195 F.Supp.2d 1188, 1210 (D. Or. 2002), and other similar cases/law.

**FOURTH AFFIRMATIVE DEFENSE**

16. Defendants allege that any acts attributed to these Defendants were performed in good faith and in conformity with advisory opinions of the Federal Trade Commission pursuant to 15 U.S.C. § 1692k(e).

**FIFTH AFFIRMATIVE DEFENSE**

17. Defendants allege they have no civil liability under the Rosenthal FDCPA, pursuant to Cal. Civil Code § 1788.30(d), as any alleged violation was cured.

**SIXTH AFFIRMATIVE DEFENSE**

18. Defendants deny this Court has personal jurisdiction over them and hereby allege lack of personal jurisdiction as a separate affirmative defense.

WHEREFORE, Defendants pray for:

1. That Plaintiff takes nothing from these answering Defendants by this Complaint;
2. That Defendants be awarded judgment in this action;
3. For attorneys' fees incurred herein, pursuant to statute;
4. For costs of suit incurred herein; and

//
//

 5. For such other and further relief as the Court deems proper.

Dated: May 29, 2012

ELLIS LAW GROUP, LLP

By *_/s/ Brandon L. Reeves_*
Brandon L. Reeves
Attorney for Defendants EMPIRE COLLECTION AUTHORITIES, INC.; ALONZO G. COLE

- 4 -

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Defendants EMPIRE COLLECTION AUTHORITIES, INC. and ALONZO G. COLE hereby demand trial by jury in this action.

Dated: May 29, 2012

ELLIS LAW GROUP, LLP

By *__/s/ Brandon L. Reeves__*
Brandon L. Reeves
Attorney for Defendant EMPIRE COLLECTION AUTHORITIES, INC.; ALONZO G. COLE

- 5 -

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL

**CERTIFICATE OF SERVICE**

I, Maria Gutierrez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On May 29, 2012, I served the following document(s) on the parties in the within action:

**DEFENDANTS EMPIRE COLLECTION AUTHORITIES, INC. AND ALONZO G. COLE'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by ________________________, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorneys for<br>Plaintiff SORPHORN EAR |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 29, 2012.

By: ______________________________
Maria Gutierrez