Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SORPHORN EAR

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SORPHORN EAR,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EMPIRE COLLECTION AUTHORITIES, INC., a Washington corporation; and ALONZO G. COLE, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. 3:12-CV-01695-SC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SORPHORN EAR, and Defendants, EMPIRE COLLECTION AUTHORITIES, INC., and ALONZO G. COLE, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SORPHORN EAR, against Defendants, EMPIRE COLLECTION AUTHORITIES, INC., and ALONZO G. COLE, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

1  Dated: August 31, 2012                    /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
2                                            Attorney for Plaintiff
                                             SORPHORN EAR
3

4
   Dated: August 31, 2012                    /s/ Brandon L. Reeves
5                                            Brandon L. Reeves, Esq.
                                             Attorney for Defendants
6                                            EMPIRE COLLECTION AUTHORITIES, INC.,
                                             and ALONZO G. COLE
7

8
   THE FOREGOING STIPULATION
9  IS APPROVED AND IS SO ORDERED.

10
   Dated: September 5, 2012
11
                                             _____
12                                           The Honorable Samuel Conti
                                             Judge
13

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 2 -

STIPULATION OF DISMISSAL AND ORDER                    Case No. 3:12-CV-01695-SC